AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Nebraska

| United States of America | ) | |
|---|---|---|
| v. | ) | |
|  | ) | Case No. 8:25MJ449 |
| ROBERT CARLOS CARRILLO GARCIA, | ) | |
|  | ) | |
|  | ) | |
|  | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __Augus 4, 2025__ in the county of __Sarpy__ in the
_____ District of __Nebraska__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. § 1326(a) | Illegal Reentry |

This criminal complaint is based on these facts:
See Attached Affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

ANTHONY GAYDEN, ICE DO
*Printed name and title*

☐ Sworn to before me and signed in my presence.
☑ Sworn to before me by telephone or other reliable electronic means.

Date: 8/5/2025

_____
Judge's signature

City and state: Omaha, Nebraska

RYAN C. CARSON, U.S. Magistrate Judge
*Printed name and title*

STATE OF NEBRASKA               )
                                )   AFFIDAVIT OF Anthony P. Gayden
COUNTY OF DOUGLAS               )

Anthony P Gayden, being first duly sworn, hereby states that:

1. Your affiant is a Deportation Officer for the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), with over fifteen (15) years of federal law enforcement experience, duly appointed according to law and at the time of the events herein was acting in his official capacity.

2. Your affiant was previously an Immigration Enforcement Agent within ICE that was promoted to a Deportation Officer in 2016. In that capacity your affiant has had occasion to conduct numerous investigations relating to administrative and criminal violations of the Immigration and Nationality Act (INA).

3. Deportation Officers are empowered to interrogate and arrest with or without warrant, any person believed to be an alien in the United States in violation of law, pursuant to Section 287 of the Immigration and Nationality Act (INA) (8 U.S.C. 1357). This Affidavit is based upon your affiant's personal knowledge and information provided to him by other law enforcement officers involved in this investigation.

4. Roberto Carrillo-Garcia, A094 929 887 (hereinafter "defendant") came to the attention of the ICE ERO Omaha Fugitive Operations team following his arrest for DUI in Sarpy County, NE on June 08, 2025. Defendant was released from jail custody prior to ICE screening. On July 25, 2025, Defendant failed to appear in court and a bench warrant was issued by the county. ICE Deportation Officer Anthony Gayden determined that Defendant has a final order of removal from an immigration judge and one prior removal.

   On August 4, 2025, at approximately 6:15am, DO Gayden, DO Pat Burns, and DEA SA Sean Mann observed an individual matching the description of the Defendant enter the vehicle in which the Defendant received his most recent DUI. The vehicle was parked in front of a home at 2007 Betz Rd, Lot 4C in Bellevue, NE. Officers performed a vehicle stop after he departed the driveway. All officers identified themselves and Defendant stated to officers that his name is Roberto CARRILLO. Officers placed Defendant under arrest and transported him to the Omaha ICE ERO office for processing. At the office, biometric checks of his fingerprints confirmed his identity.

5. The Defendant's fingerprints were scanned and submitted into the FBI's Integrated Automated Fingerprint Identification System (IAFIS). The IAFIS system compared defendant's current fingerprint impressions to fingerprint impressions maintained in the database relating to persons who previously had been arrested by DHS or other law enforcement agencies. This comparison revealed defendant had been arrested by DHS previously.

6. As a result of the positive match of fingerprints, your affiant was able to locate a unique alien registration file (A 094 929 887) relating to this defendant.

7. The defendant's alien registration file contains photographs, fingerprints and immigration documents identifying defendant as a citizen and national of Guatemala who was removed from the United States to Guatemala, on January 13, 2011, pursuant to a final removal order on September 01, 2009 in Omaha, NE.

8. A search of DHS indices failed to produce any current record of an application for lawful entry or lawful admission into the United States.

9. Affiant believes there is probable cause that defendant is in violation of 8 United States Code, Section 1326(a), an alien who is found in the United States after having been removed and who had departed while an order of removal was outstanding and unlawfully re-entered without having obtained the consent of the Secretary of Homeland Security to reapply for admission to the United States.

Affiant states that all statements contained in this affidavit are true and correct to the best of his knowledge.

_____
Anthony P Gayden, Deportation Officer
Immigration and Customs Enforcement

Sworn to before me by telephone or other reliable electronic means:

Date:  August 5, 2025

City and State: Omaha, Nebraska

_____
Ryan C. Carson, U.S. Magistrate Judge